# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | Case No: 19-47506-659 |
| ) | |
| **RAMONA C MACIAS** ) | Chapter 13 |
| ) | |
| **Debtor** ) | |

## LIST OF UNCLAIMED FUNDS AND ENTITIES WHICH ARE ENTITLED TO PAYMENT

   Comes now Diana S. Daugherty, Standing Chapter 13 Trustee, and provides list for filing pursuant to Bankruptcy Rule 3011. The following is a list of all known names and addresses of the entities and the amounts which they are entitled to be paid from remaining property of the estate that is paid herewith into Court pursuant to 11 U.S.C. § 347(A):

RAMONA C MACIAS  
4800 HAYNES DR                                                                                                      $1,131.00  
SAINT CHARLES, MO  63304  
00000  

Dated: January 29, 2020                                       /s/ Diana S. Daugherty  
UNCLFUNDS--BG                                                  Diana S. Daugherty  
                                                                   Standing Chapter 13 Trustee  
                                                                   P.O. Box 430908  
                                                                   St. Louis, MO  63143  
                                                                   (314) 781-8100  Fax: (314) 781-8881  
                                                                   trust33@ch13stl.com