# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | **Case No: 19-47506-659** |
| | ) | |
| **RAMONA C MACIAS** | ) | **Chapter 13** |
| | ) | |
| | ) | |
| **Debtor** | ) | |

## LIST OF UNCLAIMED FUNDS AND ENTITIES WHICH ARE ENTITLED TO PAYMENT

    Comes now Diana S. Daugherty, Standing Chapter 13 Trustee, and provides list for filing pursuant to Bankruptcy Rule 3011.  The following is a list of all known names and addresses of the entities and the amounts which they are entitled to be paid from remaining property of the estate that is paid herewith into Court pursuant to 11 U.S.C. § 347(A):

RAMONA C MACIAS
4800 HAYNES DR                                                        $1,131.00
SAINT CHARLES, MO  63304
00000

Dated: February 02, 2021                          /s/ Diana S. Daugherty
UNCLFUNDS--BG

Diana S. Daugherty
Standing Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO  63143
(314) 781-8100  Fax: (314) 781-8881
trust33@ch13stl.com